# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LOVIC WAYNE COTTON

NO. 2023 KW 0478

**JULY 17, 2023**

---

In Re:    Lovic Wayne Cotton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 526858.

---

**BEFORE:    THERIOT, WOLFE, AND GREENE, JJ.**

**WRIT DENIED.**

                    MRT
                    EW
                    HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT